**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LATWAHN McELROY, | ) | No. CV 14-2857-MMM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MACOMBER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: May 23, 2014

_____
MARGARET M. MORROW
United States District Judge